In the Matter of BEN H. GLOVER, an Alleged Incompetent, by JENNIE GLOVER, as Committee of the Property of Said Alleged Incompetent, Respondent, for a Determination of His Right under Section 18 of the Decedent Estate

Law to Elect to Take an Intestate Share Against the Provisions of the Will of JOSEPHINE GLOVER, Deceased. GEORGE J. S. DOWLING, as Special Guardian for VICKY GOODWILL et al., Infants, Respondents; HARRY KALSTEIN et al., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 913.] Present— Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.